**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **DANIEL J. MCELROY** | ) | **CIVIL ACTION NO:** |
| | ) | |
| **VERSUS** | ) | |
| | ) | |
| **ACADIAN AMBULANCE SERVICE, INC., MED-EXPRESS AMBULANCE SERVICE, INC., THE RAPIDES FOUNDATION A/K/A RAPIDES REGIONAL MEDICAL CENTER, THE SCHUMACHER GROUP OF LOUISIANA, INC., A/K/A SCHUMACHER GROUP – ER PHYSICIANS, BAYNE JONES ARMY COMMUNITY HOSPITAL, TRICARE MILITARY HEALTH INSURANCE, BRAD J. CHAUVIN, M.D., DUSTIN R. GOUDREAU, PA-C; JOHN JAKSHA, M.D., GLENWOOD FAMILY PRACTICE AND OCCUPATIONAL HEALTH CENTER, WALMART LIMITED PARTNERSHIP O/B/O WALMART PHARMACY, THE MEDICAL SHOP, HANGER PROSTHETICS & ORTHOTICS, INC., THOMPSON HOME HEALTH, INC., ELECTROMEDICAL PRODUCTS INTERNATIONAL, INC. O/B/O DURABLE MEDICAL SUPPLY AND CAREPOINT PARTNERS OF LOUISIANA, L.L.C. O/B/O CSP HOME INFUSIONS.** | ) | **JUDGE** <br> **MAGISTRATE JUDGE** |

**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

**TO: THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, comes the United States of America, by and through Stephanie A. Finley, United States Attorney for the Western District of Louisiana, and Karen J. King, Assistant United States Attorney, and pursuant to Title 28 United States Code § 1346 and Title

28 United States Code §§ 1441(a), *et seq.*, hereby files this Notice of Removal respectfully representing as follows:

1.

This action was commenced on or about November 25, 2013, by the filing of a Petition for Concursus Proceedings styled *Daniel J. McElroy versus Acadian Ambulance Service, Inc., et al.*, in the 4th Judicial District Court, Parish of Ouachita, State of Louisiana, bearing Docket No. C-20133615 Sec. C3.

2.

This case involves a civil action against agencies of the United States. Plaintiff is requesting that all Defendants be ordered to assert their claims and/or liens in order to participate in the distribution of funds which are to be deposited into the Registry of the Court.

3.

TRICARE and Bayne Jones Army Community Hospital are named as Defendants in the Petition for Concursus. The Citation and Petition for Concursus were served on TRICARE and Bayne Jones Army Community Hospital on December 10, 2013.

4.

Copies of the Citation and Petition for Concursus are attached hereto as Exhibit A. Neither the Citation nor the Petition for Concursus has been served upon the Attorney General or the United States Attorney for the Western District of Louisiana. Therefore, this removal is timely made. 28 U.S.C. § 1446(b).

5.

The interests of the United States of America and its agencies are involved in this action.

6.

On the basis of the foregoing, the United States of America seeks to remove the above captioned action to the United States District Court for the Western District of Louisiana, Monroe Division, pursuant to 28 U.S.C. §§ 1441(a) and 1442.

**WHEREFORE**, the United States of America files this Notice of Removal of suit number C-20133615 Sec C3, entitled *Daniel J. McElroy versus Acadian Ambulance Service, Inc., et al.*, presently pending in the in the 4th Judicial District Court, Parish of Ouachita, State of Louisiana, **BE DEEMED REMOVED** to the United States District Court for the Western District of Louisiana, with the filing of this Notice of Removal.

Respectfully submitted,

STEPHANIE A. FINLEY
United States Attorney

BY: *s/Karen J. King*
KAREN J. KING (#23508)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618
Facsimile: (337) 262-6693
Email: karen.king@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 7, 2014, a copy of this Notice of Removal of Civil Action from State Court was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to all known counsel of record:

Christian C. Creed
1805 Tower Drive
Monroe, LA 71201
Counsel for Plaintiff

*s/ Karen J. King*
KAREN J. KING (#23508)
Assistant United States Attorney