SERVE

# CITATION

D3059441
CTF

DANIEL J. MCELROY

VS

ACADIAN AMBULANCE SERVICE, INC., ET AL

**DOCKET NUMBER: C-20133615**
**SEC: C3**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

**VERNON PARISH**

DEC 2013 REC'D VERNON PARISH SHERIFF DEPT

TO:

BAYNE JONES ARMY COMMUNITY HOSPITAL
FORT POLK SJA, STAFF JUDGE ADVOCATE, CLAIMS DIVISION
7090 ALABAMA AVE., BUILDING 1454
FORT POLK, LA 71459

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this DECEMBER 3, 2013.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR CONCURSUS PROCEEDINGS

CONSTANCE T. FOY

By:______________________
Deputy Clerk

FILED BY: CHRISTIAN CREED

______ **ORIGINAL**

__/__ **SERVICE COPY**

______ **FILE COPY**

CERTIFIED TRUE COPY
DEC 03 2013
Constance T. Foy
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

GOVERNMENT EXHIBIT
A

SERVE

**STATE OF LOUISIANA * * PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

**DANIEL J. MCELROY**

**VERSUS NO.** 13-3615

**ACADIAN AMBULANCE SERVICE, INC., MED-EXPRESS AMBULANCE SERVICE, INC., THE RAPIDES FOUNDATION A/K/A RAPIDES REGIONAL MEDICAL CENTER, THE SCHUMACHER GROUP OF LOUISIANA, INC., A/K/A SCHUMACHER GROUP—ER PHYSICIANS, BAYNE JONES ARMY COMMUNITY HOSPITAL, TRICARE MILITARY HEALTH INSURANCE, BRAD J. CHAUVIN, M.D., DUSTIN R. GOUDREAU, PA-C; JON JAKSHA, M.D., GLENWOOD FAMILY PRACTICE AND OCCUPATIONAL HEALTH CENTER, WALMART LIMITED PARTNERSHIP O/B/O WALMART PHARMACY, THE MEDICAL SHOP, HANGER PROSTHETICS & ORTHOTICS, INC., THOMPSON HOME HEALTH, INC., ELECTROMEDICAL PRODUCTS INTERNATIONAL, INC. O/B/O DURABLE MEDICAL SUPPLY AND CAREPOINT PARTNERS OF LOUISIANA, L.L.C. O/B/O CSP HOME INFUSIONS**

**FILED:** NOV 25 2013

CRYSTAL C. SMITH
**BY:** ______________________
**DEPUTY CLERK OF COURT**

RECEIVED
2013 NOV 25 AM 11:07
OUACHITA PARISH
CLERK OF COURT

**PETITION FOR CONCURSUS PROCEEDINGS**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **DANIEL J. MCELROY**, a major domiciliary of Beauregard Parish, Louisiana, who respectfully represents that:

1.

Made Defendants-in-Rule herein in this concursus proceeding are:

1) **ACADIAN AMBULANCE SERVICE, INC.**, a Louisiana business corporation domiciled in Lafayette Parish, Louisiana, who may be served through its Registered Agent for Service of Process;

2) **MED-EXPRESS AMBULANCE SERVICE, INC.**, a Louisiana business corporation domiciled in East Baton Rouge Parish, Louisiana, who may be served through its Registered Agent for Service of Process;

3) **THE RAPIDES FOUNDATION a/k/a RAPIDES REGIONAL MEDICAL CENTER**, a Louisiana non-profit corporation domiciled in Rapides Parish, Louisiana, who may be served through its Registered Agent for Service of Process;

4) **THE SCHUMACHER GROUP OF LOUISIANA, INC. a/k/a/ SCHUMACHER GROUP – ER PHYSICIANS,** a Louisiana business corporation domiciled in Lafayette Parish, Louisiana, who may be served through its Registered Agent for Service of Process;

5) **BAYNE JONES ARMY COMMUNITY HOSPITAL**, a government hospital domiciled in Vernon Parish, Louisiana, who may be served through the Office of the Staff Judge Advocate in Fort Polk, Louisiana;

CASE ASSIGNED TO:
CV. SECT. 3

SERVE

6) **TRICARE MILITARY HEALTH INSURANCE,** a foreign insurance corporation authorized to do and doing business in Louisiana, who may be served through the Office of the Staff Judge Advocate in Fort Polk, Louisiana;

7) **BRAD J. CHAUVIN, M.D.,** a medical doctor, authorized to do and doing business in the State of Louisiana, who may be served at 201 Fourth Street, Alexandria, Louisiana 71301;

8) **DUSTIN R. GOUDREAU, PA-C,** a certified physician's assistant, authorized to do and doing business in the State of Louisiana, who may be served at 3351 Masonic Drive, Alexandria, Louisiana 71301;

9) **JON JAKSHA, M.D.,** a medical doctor, authorized to do and doing business in the State of Arkansas, who may be served ***(via long-arm statute)*** at 102 N. 17th Street, Ozark, Arkansas 72949;

10) **SOUTHEAST X-RAY, INC.,** an Arkansas medical corporation, authorized to do and doing business in the State of Arkansas, who may be served ***(via long-arm statute)*** at 102 N. 17th Street, Ozark, Arkansas 72949;

11) **GLENWOOD FAMILY PRACTICE AND OCCUPATIONAL HEALTH CENTER, A MEDICAL CORPORATION,** a Louisiana medical corporation domiciled in Ouachita Parish, Louisiana, who may be served through its Registered Agent for Service of Process;

12) **WALMART LIMITED PARTNERSHIP o/b/o WALMART PHARMACY,** a foreign corporation, authorized to do and doing business in the State of Louisiana, who may be served through its Registered Agent for Service of Process;

13) **THE MEDICAL SHOP,** a Louisiana business, who may be served at 1045 N. Pine Street, Deridder, Louisiana, 70634;

14) **HANGER PROSTHETICS & ORTHOTICS, INC.,** a foreign business corporation authorized to do and doing business in the State of Louisiana, who may be served through its Registered Agent for Service of Process;

15) **THOMPSON HOME HEALTH, INC.,** a Louisiana business corporation domiciled in Rapides Parish, Louisiana, who may be served through its Registered Agent for Service of Process;

16) **ELECTROMEDICAL PRODUCTS INTERNATIONAL, INC. o/b/o DURABLE MEDICAL SUPPLY,** authorized to do and doing business in the State of Texas, who may be served ***(via long-arm statute)*** at 2201 Garrett Morris Parkway, Mineral Wells, Texas 76067-9034; and

17) **CAREPOINT PARTNERS OF LOUISIANA, L.L.C. o/b/o CSP HOME INFUSIONS,** a foreign corporation domiciled in the State of Delaware, authorized to do and doing business in the State of Louisiana, through its Registered Agent for Service of Process.

2.

On December 5, 2012, an automobile driven by Joseph Carr hit Petitioner as he was traveling on his motorcycle causing serious personal injuries.

3.

At the time of the accident, the vehicle being operated by Joseph Carr was insured under a policy of automobile liability insurance of $50,000.00 per individual and $100,000.00 per incident, said policy being issued by **UNITED SERVICES AUTOMOBILE ASSOCIATION** (hereinafter

referred to as "**USAA**"), which policy was in effect on the date of the accident giving rise to these proceedings.

4.

**USAA** has tendered its policy limits of **$50,000** for the benefit of Petitioner herein, in the form of one check payable to CREED & CREED ATTORNEYS AT LAW AND DANIEL J. MCELROY.

5.

Pursuant to the Contract of Employment and Assignment of Interest, Attorney fees are forty percent (40%) of the total amount, i.e. **$20,000.00**, and expenses in the amount of **$3,518.68,** and are protected as a priority lien under La. R.S. 9:5001, et seq. and desires this Court recognize the Contract as a priority lien to be paid with preference and priority over all other claims. A copy of the Contract of Employment and Assignment of Interest is attached hereto as Exhibit "A".

6.

Petitioner is aware of outstanding medical bills and liens which total well over $30,000.00, and Petitioner desires leave of court to deposit the sum of **TWENTY SIX THOUSAND FOUR HUNDRED EIGHTY ONE AND 32/100 ($26,481.32) DOLLARS** into the Registry of the Court and to implead the Defendants to assert their respective claims to these funds contradictorily against each other.

7.

Petitioner desires an Order be issued from this Court ordering all Defendants to appear for the purpose of asserting any and all claims or rights they may have to the funds deposited into the Registry of the Court within thirty (30) days of the date of service of this concursus proceeding upon them.

8.

Petitioner further desires an Order that failure to assert their respective claims and/or liens within thirty (30) days of the date of service of these proceedings will bar those healthcare providers or lien holders from participating in the distribution of the funds deposited in the Registry of the Court.

9.

Petitioner further desires than an Order issue requiring the Defendants to appear on a day and at an hour to be fixed by this Honorable Court for the purpose of determining the Defendants which have asserted a claim herein for a determination of the distribution of the funds deposited in the Registry of the Court.

SERVE

WHEREFORE, PETITIONER PRAYS:

I. For leave to deposit into the Registry of the Court the amount referred to in Paragraph 6 above;

II. All parties be relieved from the payment of any of the costs associated with this concursus proceeding as they accrue, and the Clerk of Court be directed to deduct those costs from the funds deposited into the Registry of the Court;

III. The Defendants be cited to appear and assert their respective claims, contradictorily against all other Defendants, to the funds deposited into the Registry of the Court in this proceeding;

IV. That an Order issue requiring the Defendants to assert their respective claim and/or lien within thirty (30) days of the date of service of these proceedings and that failure to assert their respective claim and/or lien within thirty (30) days of the date of service of these proceedings will result in the healthcare providers or lien holders being precluded from participating in the distribution of the funds deposited in the Registry of the Court;

V. That an Order issue requiring the Defendants to appear on a day and at an hour fixed by the Court for the purpose of determining the claims which have been made and how the funds deposited in the Registry of the Court should be distributed; and

VI. That the Contract of Employment and Assignment of Interest executed by Daniel J. Mcelroy and Christian C. Creed for attorney fees of forty percent (40%) of the total amount, i.e. **$20,000.00**, and expenses in the amount of **$3,518.68** be recognized by the Court as a priority claim under La. R.S. 9:5001, et seq.

VII. For all orders and decrees necessary and proper herein and for full, general and equitable relief.

RESPECTFULLY SUBMITTED

**CREED & CREED**
1805 TOWER DRIVE
MONROE, LA 71201
TEL: (318) 362-0086
FAX: (318) 362-8219

BY: ______________________

**CHRISTIAN C. CREED (#23701)**
**ATTORNEY FOR PLAINTIFF**

SERVE

**PLEASE SERVE THE DEFENDANTS:**

**ACADIAN AMBULANCE SERVICE, INC.**
through its Registered Agent for Service of Process
Richard E. Zuschlag
130 E. Kaliste Saloom Road
Lafayette, LA 70508

**MED-EXPRESS AMBULANCE SERVICE, INC.**
through its Registered Agent for Service of Process
Patrick E. Henry
3888 S. So. Sherwood Forest Boulevard
III Celtic Centre, Suite J.
Baton Rouge, LA 70816

**THE RAPIDES FOUNDATION**
**a/k/a RAPIDES REGIONAL MEDICAL CENTER**
through its Registered Agent for Service of Process
Charles S. Weems, III
2001 Macarthur Drive
Alexandria, LA 71301

**THE SCHUMACHER GROUP OF LOUISIANA, INC.**
**a/k/a/ SCHUMACHER GROUP – ER PHYSICIANS**
through its Registered Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

**BAYNE JONES ARMY COMMUNITY HOSPITAL**
through Fort Polk SJA
Staff Judge Advocate, Claims Division
7090 Alabama Avenue, Building 1454
Fort Polk, LA 71459

**TRICARE MILITARY HEALTH INSURANCE**
through Fort Polk SJA
Staff Judge Advocate, Claims Division
7090 Alabama Avenue, Building 1454
Fort Polk, LA 71459

**BRAD J. CHAUVIN, M.D.**
who may be served at:
201 Fourth Street
Alexandria, LA 71301

**DUSTIN R. GOUDREAU, PA-C**
who may be served at:
3351 Masonic Drive
Alexandria, LA 71301

**JON JAKSHA, M.D.**
who may be served **via Louisiana Long-Arm Statute** at:
102 N. 17th Street
Ozark, AR, 72949

**SOUTHEAST X-RAY, INC.**
who may be served **via Louisiana Long-Arm Statute** at:
102 N. 17th Street
Ozark, AR, 72949

SERVE

**GLENWOOD FAMILY PRACTICE AND OCCUPATIONAL HEALTH CENTER**
through its Registered Agent for Service of Process
Dr. George Ronald Woods
101 Professional Drive
West Monroe, LA 71291

**WALMART LIMITED PARTNERSHIP**
**o/b/o WALMART PHARMACY**
through its Registered Agent for Service of Process
Jerard R. Martin
6658 Gilbert Place PVT Drive
Shreveport, LA 71106

**THE MEDICAL SHOP**
who may be served at:
1045 N. Pine Street
Deridder, LA 70634

**HANGER PROSTHETICS & ORTHOTICS, INC.**
through its Registered Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

**THOMPSON HOME HEALTH, INC.**
through its Registered Agent for Service of Process
Mr. Don Thompson
1401 Texas Avenue, Suite C
Alexandria, LA 71301

**ELECTROMEDICAL PRODUCTS INTERNATIONAL, INC.**
**o/b/o DURABLE MEDICAL SUPPLY**
who may be served **via Louisiana Long-Arm Statute** at:
2201 Garrett Morris Parkway
Mineral Wells, Texas 76067-9034

**CAREPOINT PARTNERS OF LOUISIANA, L.L.C.**
**o/b/o CSP HOME INFUSIONS**
through its Registered Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

SERVE

**STATE OF LOUISIANA * * PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

**DANIEL J. MCELROY**

**VERSUS NO.** 13-3615

**ACADIAN AMBULANCE SERVICE, INC., MED-EXPRESS AMBULANCE SERVICE, INC., THE RAPIDES FOUNDATION A/K/A RAPIDES REGIONAL MEDICAL CENTER, THE SCHUMACHER GROUP OF LOUISIANA, INC., A/K/A SCHUMACHER GROUP—ER PHYSICIANS, BAYNE JONES ARMY COMMUNITY HOSPITAL, TRICARE MILITARY HEALTH INSURANCE, BRAD J. CHAUVIN, M.D., DUSTIN R. GOUDREAU, PA-C; JON JAKSHA, M.D., GLENWOOD FAMILY PRACTICE AND OCCUPATIONAL HEALTH CENTER, WALMART LIMITED PARTNERSHIP O/B/O WALMART PHARMACY, THE MEDICAL SHOP, HANGER PROSTHETICS & ORTHOTICS, INC., THOMPSON HOME HEALTH, INC., ELECTROMEDICAL PRODUCTS INTERNATIONAL, INC. O/B/O DURABLE MEDICAL SUPPLY AND CAREPOINT PARTNERS OF LOUISIANA, L.L.C. O/B/O CSP HOME INFUSIONS**

**FILED:** november 25, 2013

**BY:** Crystal C Smith
**DEPUTY CLERK OF COURT**

## ORDER

Considering the above and foregoing Petition:

IT IS ORDERED THAT:

I. Petitioner, **DANIEL J. MCELROY,** is granted leave to deposit the sum of **$26,481.32** into the Registry of the Court, said sum being deposited by **CREED & CREED**;

II. All parties to this concursus proceeding are relieved of the necessity of paying any of the costs thereof as they accrue, and the Clerk of this Court is directed to deduct these costs from the funds deposited in the Registry of the Court;

III. The Defendants be cited to appear and assert their respective claims, contradictorily against all other Defendants, to the funds deposited into the Registry of the Court in this proceeding;

IV. The Defendants are ordered to make their appearance herein asserting their respective claims and/or liens within thirty (30) days of the date of service of this concursus proceeding upon them. ~~and failure to appear and make a claim within the thirty (30) day time period shall bar the respective healthcare providers or lien holders from participating in the distribution of the funds deposited in the Registry of the Court; and~~ SS.

SERVE

V. ~~That all parties timely asserting, claims shall appear on the ________ day of ________________, 2013, for the purpose of determining the claims which have been made and to determine the distribution of the funds deposited in the Registry of the Court.~~ R. J.

VI. That the Contract of Employment and Assignment of Interest executed by Jay Cook and Christian C. Creed for attorney fees of forty percent (40%) of the total amount, i.e. **$20,000.00**, and expenses in the amount of **$3,518.68,** be recognized by the Court as a priority claim under La. R.S. 9:5001, et seq.

THUS DONE AND SIGNED this 2nd day of ~~November~~ December, 2013, in Monroe, Ouachita Parish, Louisiana.

**JUDGE, FOURTH JUDICIAL DISTRICT COURT**

**PLEASE SERVE ALL DEFENDANTS**
**WITH PETITION FOR CONCURSUS PROCEEDING**

OUACHITA PARISH
CLERK OF COURT

CERTIFIED
TRUE COPY
DEC 03 2013
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA