UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

DANIEL J. MCELROY                              CIVIL ACTION NO. 14-0220

VERSUS                                         JUDGE ROBERT G. JAMES

ACADIAN AMBULANCE SERVICE, INC.,               MAG. JUDGE KAREN L. HAYES
ET AL.

MEMORANDUM RULING

On February 7, 2014, Plaintiff Daniel J. McElroy brought this interpleader action against

Defendants Acadian Ambulance Service, Inc.; Med Express Ambulance Service, Inc.; Bayne

Jones Army Community Hospital ("Bayne Jones"); Tricare Military Health Insurance

("Tricare"); Brad Chauvin; Dustin R. Goudreau; Jon Jaksha; Rapides Foundation; Schumacher

Group of Louisiana, Inc.; Southeast X-Ray, Inc.; Glenwood Family Practice & Occupational

Health Center; Wal-Mart, LP; Hanger Prosthetics & Orthotics, Inc.; Thompson Home Health,

Inc.; Electromedical Products International, Inc.; and Carepoint Partners of Louisiana,  LLC.

Since that time, all Defendants except Bayne Jones and Tricare have been terminated from the

case.

On June 25, 2015, Magistrate Judge Hayes issued an Order [Doc. No. 36] granting the

United States' unopposed Motion for Disbursement of Funds on behalf of Bayne Jones and

Tricare.   The Clerk of Court disbursed the requested funds in accordance with Magistrate Judge

Hayes' Order.  Therefore, Bayne Jones and Tricare have no further claims in this matter.

Further, the Court has confirmed with the Clerk of Court that all funds in the Court's

registry have been disbursed.

Under these circumstances and finding that Bayne Jones' and Tricare's claims were

MOOTED with the disbursement of funds, the Court will issue a Judgment of Dismissal.

MONROE, LOUISIANA, this 28th day of March, 2016.

_____

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**